UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | ED CV 20-01053 DOC (RAO) | Date: | July 28, 2020 |
| Title: | Jaime R. Sandoval v. Andrew Saul | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

On April 27, 2020, Plaintiff Jaime R. Sandoval ("Plaintiff") filed a complaint challenging the Commissioner of Social Security's denial of his application for benefits. Dkt. No. 1. The case was transferred to the Central District of California on May 15, 2020. Dkt. No. 5.

On May 20, 2020, the Court issued an Order Re: Procedures in Social Security Appeal ("Order"). Dkt. No. 10. The Order required Plaintiff to file a Proof of Service within thirty (30) days of the date of the Order. *Id.* at 1. Plaintiff filed a deficient Proof of Service on June 24, 2020. Dkt. No. 11. On July 9, 2020, Plaintiff was directed to file a proper Proof of Service. Dkt. No. 13. As of the date of this order, Plaintiff has not filed a Proof of Service.

In light of the foregoing, **IT IS HEREBY ORDERED** that Plaintiff must show cause, in writing, on or before **August 11, 2020**, why a Proof of Service has not been filed and why this action should not be dismissed for failure to prosecute. Alternatively, Plaintiff may discharge this order by filing a proper Proof of Service on or before this deadline.

**Failure to timely comply with this order will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

|  | : |
|---|---|
|  | Initials of Preparer  dl |