1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 JAIME R. S.,[1]                                    Case No. EDCV 20-01053 AB (RAO)

12                    Plaintiff,

13          v.                                              **JUDGMENT**

14 ANDREW SAUL,

15                    Defendant.

16

17          Pursuant to the Court's Order Accepting Findings, Conclusions, and

18 Recommendations of United States Magistrate Judge,

19          IT IS ORDERED AND ADJUDGED that this action is DISMISSED without

20 prejudice.

21 DATED:  October 15, 2020

22                                                    _____

23                                                    ANDRÉ BIROTTE JR.
                                                      UNITED STATES DISTRICT JUDGE

24

25

26

27 [1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B)
   and the recommendation of the Committee on Court Administration and Case
28 Management of the Judicial Conference of the United States.